EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda a la Regla 4(C) del Reglamento del Tribunal de Circuito de Apelaciones | 2002 TSPR 134

157 DPR _____ |

Número del Caso: ER-2002-2

Fecha: 4/octubre/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda a la Regla 4(C)
Del Reglamento del
Tribunal de Circuito de         ER-2002-2
Apelaciones

RESOLUCION

San Juan, Puerto Rico, a 4 de octubre de 2002

Se enmienda la Regla 4( C) del Reglamento del Tribunal de Circuito de Apelaciones para extender el término de nombramiento del (de la) Juez(a) Administrador(a) y cualquier Juez(a) Administrador(a) Auxiliar para que lea como sigue:

Regla 4.   Administración

(C) "La designación del (de la) Juez Administrador(a) y de cualquier Juez Administrador(a) Auxiliar será por el Término de **dos (2) años,** a menos que el Juez Presidente disponga otra cosa."

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Hernández Denton no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo